### LAMBERT SNYDER CO. v. SMITH.

(Supreme Court, Appellate Division, First Department. February 21, 1908.)

VENUE—CHANGE OF VENUE—CONVENIENCE OF WITNESSES.

Where the papers in a motion to change the place of trial from New York county to Suffolk county for the convenience of witnesses show that all the principal witnesses reside and the cause of action arose there, the cause will be transferred to such county; and it is no answer to say that because of facilities for transportation it is as convenient for the witnesses to go to the city of New York as to the county seat of Suffolk.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 48, Venue, §§ 76, 77.]

Appeal from Special Term, New York County.

Action by the Lambert Snyder Company against Eugene P. Smith. From an order denying a motion for change of venue, defendant appeals. Reversed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Frederick C. Day, for appellant.

Julius D. Tobias, for respondent.

PER CURIAM. So far as the motion papers disclose, all of the witnesses material to the trial of the action reside in the county of Suffolk. The cause of action arose in that county, and it should be tried there. If the plaintiff chose to bring its action for so insignificant a claim in the Supreme Court, it must abide by its ordinary rules respecting the place of trial. On the papers presented it was no answer to say that because of facilities for transportation it was as convenient for defendant's witnesses to come to the city of New York as to go from their place of residence to the county seat of Suffolk county.

The order should be reversed, with $10 costs and disbursements, and the motion to change the place of trial from the county of New York to the county of Suffolk for the convenience of witnesses should be granted, with $10 costs.